<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SILOGRAM LUBRICANTS, CORP., | Civil Case No. 12-3233 (FSH) (JBC) |
| Plaintiff, | |
| v. | **ORDER** |
| EVERCLEAR OF OHIO, LTD., | July 1, 2014 |
| Defendant. | |

**<u>HOCHBERG, District Judge:</u>**

    This matter comes before the Court upon the Report and Recommendation of the Honorable James B. Clark, III, United States Magistrate Judge, filed on June 11, 2014 [Docket No. 77], to dismiss Plaintiff Silogram Lubricants's Amended Complaint and strike its Answer to Defendant's Counterclaims; and for good cause shown;

    it appearing that, after Plaintiff Silogram Lubricants's counsel withdrew representation, Magistrate Judge Clark conducted an in-person hearing on May 22, 2014, permitted Plaintiff until June 6, 2014 to retain counsel, and ordered Defendant to deliver by personal service a copy of the Order requiring Plaintiff to retain an attorney on or before June 6, 2014; and

    it appearing that no attorney has appeared on behalf of Plaintiff, nor has Plaintiff contacted the Court in any manner since that time;

the Court having reviewed the Report and Recommendation de novo pursuant to 28 U.S.C. § 636 and L.Civ.R. 72.1; and having received no objections pursuant to L.Civ.R. 72.1(c)(2); and for good cause shown;

**IT IS** this 1st day of July, 2014, hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Clark filed on June 11, 2014 [Docket No. 77], is **ADOPTED** in its entirety.

**IT IS SO ORDERED**

**/s/ Faith S. Hochberg**
**Hon. Faith S. Hochberg, U.S.D.J.**